UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**CHRISTIAN CILIEZAR,**

    Plaintiff,

v.                             Case No: 5:25-cv-371-WFJ-PRL

**SHANNON D. WITHERS, et al.,**

    Defendants.

### ORDER

This cause is before the Court upon *sua sponte* review. By Order dated October 23, 2025, Plaintiff's Complaint (Doc. 1) was dismissed for failure to state a claim. (Doc. 6). Plaintiff was permitted an opportunity to file an amended complaint on or before November 13, 2025. *Id*. at 8–9. To date, Plaintiff has not complied.

Accordingly, it is **ORDERED** and **ADJUDGED**:

1. This case is **DISMISSED** without prejudice.
2. The Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida, on November 20, 2025.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Pro Se Party